THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and As Representative of the Estate of HORACIO ZAMORANO TELLES, Deceased § § § § § § § VS. § § FORD MOTOR COMPANY and § GUILLERMO ZAMORANO TELLES § | CIVIL ACTION NO. B-04-003 |

### DEFENDANT FORD MOTOR COMPANY'S
### DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Defendant Ford Motor Company ("Ford") files this certificate of interested parties pursuant to the Order of Conference and Disclosure of Interested Parties and shows the Court the following:

Ford Motor Company is a publicly traded corporation, has no parent corporations, and there are no publicly held companies that own ten percent or more of Ford's stock.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11260400
Federal Admissions No. 12023
Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

>Michael R. Cowen
>Michael R. Cowen, P.C.
>520 East Levee Street
>Brownsville, Texas 78520
>Attorneys for Plaintiffs
>
>Calixtro Villarreal, Jr.
>Law Office of Calixtro Villarreal, Jr.
>205 West Main Street
>Rio Grande City, Texas 78582
>Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the ___ day of January, 2004.

_____
Alison D. Kennamer