IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ZAMORANO, et. al. | § |
| | § |
| VS. | § CIVIL ACTION NO. B-04-003 |
| | § (JURY REQUESTED) |
| FORD MOTOR COMPANY, et. al | § |
| | § |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES PLAINTIFFS, JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually, and as representative of the ESTATE OF HORACIO ZAMORANO TELLES, Deceased, herein, and in accordance with the Local Rules for the United States District Court for the Southern District of Texas, files this its Certificate of Interested Parties and would submit the following with the Court:

### DEFENDANTS

*Ford Motor Company*
*350 North St. Paul Street*
*Dallas, Texas 75201*

*Guillermo Zamorano Telles*
*unknown*
*unknown*

### DEFENDANT'S COUNSEL

*Ms. Allison Kennamer*
*Rodriguez, Colvin, Chaney & Saenz, LLP*
*1201 E. Van Buren Street*
*Brownsville, Texas 78520*

**PLAINTIFFS**

*Juan Zamorano*
*Ejido Ignacio Zaragoza, Tamp., Mexico*
*Individually, As Personal Representative of the Estate of Horacio Zamorano Telles*

*Maria Zamorano Telles*
*Ejido Ignacio Zaragoza, Tamp., Mexico*
*Individually, As Personal Representative of the Estate of Horacio Zamorano Telles*

**PLAINTIFF'S COUNSEL**

*Mr. Michael R. Cowen*
*Cowen & Bodden*
*520 East Levee Street*
*Brownsville, Texas 78520*
*(956) 541-4981*
*(956) 504-3674*

*Mr. Conrad Bodden*
*Cowen & Bodden*
*520 East Levee Street*
*Brownsville, Texas 78520*
*(956) 541-4981*
*(956) 504-3674*

*Mr. David Sanchez*
*Cowen & Bodden*
*520 East Levee Street*
*Brownsville, Texas 78520*
*(956) 541-4981*
*(956) 504-3674*

*Mr. Calixtro Villarreal*
*Law Offices of Calixtro Villarreal, P.C.*
*205 West Main Street*
*Rio Grande City, Texas 78582*
*(956) 487-3739*
*(956) 487-8670*

        Respectfully submitted,

        **COWEN & BODDEN**
        520 East Levee Street
        Brownsville, Texas 78520
        Telephone (956) 541-4981
        Facsimile (956) 504-3674

By: _____
        Michael R. Cowen
        Federal ID No.: 19967
        State Bar No: 00795306
        Conrad Bodden
        Federal ID No.: 21003
        State Bar No.: 00796220
        David Sanchez
        Federal ID No.: 25271
        State Bar No.: 24013451

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, hereby certify that I sent a copy of this document to opposing counsel on this the 1st day of march, 2004, by facsimile and regular U.S. mail.

Ms. Allison Kennamer        Facsimile: 956-541-2170
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren Street
Brownsville, Texas 78520

_____
Michael R. Cowen