9

United States District Court
Southern District of Texas
ENTERED

MAR 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORANO, ET AL., | § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. B-04-03 |
| FORD MOTOR COMPANY, ET AL., | § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED that on March 15, 2004, as the parties have indicated they consent to trial before a magistrate, the Court **CANCELLED** the Initial Pretrial Conference scheduled for Monday, March 22, 2004. After the parties have signed a form indicating their consent to trial before a magistrate pursuant to 28 U.S.C. § 636(c), the magistrate judge will schedule an initial pretrial conference.

DONE this 15th day of March, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge