United States District Court
Southern District of Texas
ENTERED

MAY 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

MAY 1 2 2004

Michael N. Milby
Clerk of Court

United States District Court ☆ Southern District of Texas
Brownsville Division

| | |
|---|---|
| JUAN ZAMORANO AND MARIA ZAMORANO TELLES, individually and As Representative of the Estate of HORACIO ZAMORANO TELLES, Deceased<br>versus<br>FORD MOTOR COMPANY AND GUILLERMO ZAMORANO TELLES | CIVIL ACTION B-04-003 |

### Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____             _____
Counsel for Plaintiffs                         Counsel for Ford

### Order to Transfer

This case is transferred to United States Magistrate Judge _Felix Recio_ to conduct all further proceedings, including final judgment.

5/14/04
Date

_____
Hilda Tagle
United States District Judge