# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ZAMORANO, ET AL | * | |
| vs | * | CIVIL ACTION NO. B-04-003 (636(c)) |
| FORD MOTOR COMPANY, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### HEARING ON MOTION TO REMAND

June 2, 2004, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701

**BY ORDER OF THE COURT**

May 18, 2004

cc:   All Counsel