# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ZAMORANO, ET AL | * | |
| vs | * | CIVIL ACTION NO. B-04-003 |
| | | (636(c)) |
| FORD MOTOR COMPANY, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### HEARING ON MOTION TO REMAND

June 2, 2004, at 9:00 a.m.
(RESET FROM 2:00 P.M.)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520
         956/548-2701

**BY ORDER OF THE COURT**

May 20, 2004

cc:   All Counsel