

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and as representative of the ESTATE OF HORACIO ZAMORANO TELLES, Deceased | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-04-CV-3 |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § § | |

### MOTION TO WITHDRAW PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs file this Motion to Withdraw Plaintiffs' Motion to Remand and respectfully request this Honorable Court to remove the hearing scheduled for June 2, 2004 on Plaintiffs' Motion to Remand from its June 2, 2004 docket.

Respectfully submitted,
COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
MICHAEL R. COWEN
State Bar No. 00795306
Federal I.D. No. 19967
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, certify that I sent a copy of the foregoing document to Defendants' counsel on the 1st day of June 2004.

<u>Via Facsimile & Regular Mail</u>
Ms. Allison Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78502

_____
MICHAEL R. COWEN

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that I called Allison D. Kennamer's office on June 1, 2004 and Ms. Kennamer was not available, so I left a message. As such, I do not know if opposing counsel is opposed or unopposed to this motion.

_____
MICHAEL R. COWEN