

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and as representative of the ESTATE OF HORACIO ZAMORANO TELLES, Deceased | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-CV-3 (636(c)) |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § | |

### ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' MOTION TO REMAND

The Court, having considered Plaintiffs' Motion to Withdraw Plaintiffs' Motion for Remand, GRANTS the motion.

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion to Withdraw Plaintiffs' Motion for Remand is GRANTED and the hearing scheduled for June 2, 2004 on Plaintiffs' Motion for Remand will be removed from the Court's docket.

SIGNED this 2d day of June, 2004.

_____
UNITED STATES MAGISTRATE JUDGE