**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

AUG 2 0 2004

Michael N. Milby
Clerk of Court

Date:   August 18, 2004, 11:55 a.m.

---

### C.A. NO. B-04-003 (636(c))

---

| | | |
|---|---|---|
| JUAN ZAMORANO, ET AL | * | David Sanchez |
| VS | * | |
| FORD MOTOR COMPANY, ET AL | * | Alison D Kennamer |
| | * | |

---

## TELEPHONIC CONFERENCE

A telephonic conference was held with attorneys Alison D. Kennamer and David Sanchez regarding the previously agreed to protocol for discovery and inspection of evidence.

Under the protocol previously agreed to, the parties were to agree upon a date (August 19, 2004) for the inspection of the burned vehicle, the subject of this suit. Each side was to have their respective experts at the inspection site on the agreed date to conduct examination, testing, and inspection of the evidence. The Plaintiffs also agreed to have a representative from a funeral home to collect any human remains found in the vehicle.

As per the representations of David Sanchez, attorney for Plaintiffs, due to problems in communication with co-counsel, Calixtro Villarreal, Plaintiffs were unable to comply with the requirement of the protocol. The Defendant appeared as agreed to with the experts in accordance with the protocol.

The Defendant is requesting permission to perform inspection, testing and examination of evidence without the presence of the Plaintiffs' experts. It is assumed the Defendant has gone through the expense of having their experts on hand on the agreed date; has gone through some effort in scheduling and arranging travel for the experts, etc. The Plaintiffs' offered no opposition to Defendant's request.

Accordingly, in the interest of justice, the Court approved of Defendant's request to conduct discovery outside the parameters of the protocol. The Court ordered Defendant's counsel to prepare a letter memorializing all of the above.

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date:        August 18, 2004, 11:55 a.m.

---

### C.A. NO. B-04-003 (636(c))

---

| JUAN ZAMORANO, ET AL | * | David Sanchez |
| VS | * | |
| FORD MOTOR COMPANY, ET AL | * | Alison D Kennamer |
| | * | |

---

## TELEPHONIC CONFERENCE

A telephonic conference was held with attorneys Alison D. Kennamer and David Sanchez regarding the previously agreed to protocol for discovery and inspection of evidence.

Under the protocol previously agreed to, the parties were to agree upon a date (August 19, 2004) for the inspection of the burned vehicle, the subject of this suit. Each side was to have their respective experts at the inspection site on the agreed date to conduct examination, testing, and inspection of the evidence. The Plaintiffs also agreed to have a representative from a funeral home to collect any human remains found in the vehicle.

As per the representations of David Sanchez, attorney for Plaintiffs, due to problems in communication with co-counsel, Calixtro Villarreal, Plaintiffs were unable to comply with the requirement of the protocol. The Defendant appeared as agreed to with the experts in accordance with the protocol.

The Defendant is requesting permission to perform inspection, testing and examination of evidence without the presence of the Plaintiffs' experts. It is assumed the Defendant has gone through the expense of having their experts on hand on the agreed date; has gone through some effort in scheduling and arranging travel for the experts, etc. The Plaintiffs' offered no opposition to Defendant's request.

Accordingly, in the interest of justice, the Court approved of Defendant's request to conduct discovery outside the parameters of the protocol. The Court ordered Defendant's counsel to prepare a letter memorializing all of the above.