United States District Court
Southern District of Texas
FILED
OCT 1 2 2004
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and as representative of the ESTATE OF HORACIO ZAMORANO TELLES, Deceased | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-CV-3 |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § | |

### PLAINTIFFS' AGREED MOTION TO EXTEND DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs ask the Court to extend all deadlines contained in the Rule 16, F.R.C.P. Scheduling Order by 120 days.

On July 12, 2004, the Court entered a Rule 16, F.R.C.P. Scheduling Order, which set out certain deadlines. These deadlines included a September 30, 2004 expert disclosure deadline for Plaintiffs, and a November 1, 2004 expert disclosure deadline for Defendant. However, Plaintiffs have been unable to produce expert reports because their fire cause and origin expert, Michael Schulz, needs to conduct semi-destructive testing in which he must remove fluids from the vehicle. The parties have agreed on a protocol for this testing and fluid removal. According to the agreed protocol, both Plaintiffs and Defendants' experts must be present for the testing and fluid removal. Unfortunately, the parties have been unable to coordinate their experts' schedules to allow inspection and testing in time to meet the deadlines set out in the Scheduling Order.

Further, the parties need to take additional depositions in this case. However, Plaintiffs' counsel wishes to have the results of the joint inspection and testing to ensure that the areas on which depositions are taken correspond with the findings of the inspection and testing.

Therefore, Plaintiffs ask the Court to extend all deadline in the Scheduling Order by 120 days.

        Respectfully submitted,

        COWEN & BODDEN
        520 E. Levee Street
        Brownsville, Texas 78520
        Telephone (956) 541-4981
        Facsimile (956) 504-3674

        _____
        MICHAEL R. COWEN
        State Bar No. 00795306
        Federal I.D. No. 19967

        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, certify that I sent a copy of the foregoing document to Defendants' counsel on the 11th day of October, 2004.

<u>Via Facsimile & Regular Mail</u>
Ms. Alison Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78502

_____
MICHAEL R. COWEN

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that I spoke to Alison Kennamer on October 11, 2004, and that she is in agreement with this motion.

_____
MICHAEL R. COWEN