IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and as representative of the ESTATE OF HORACIO ZAMORANO TELLES, Deceased | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-CV-3 |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § § | |

**ORDER SETTING HEARING ON PLAINTIFFS'
AGREED MOTION TO EXTEND DEADLINES**

The Court sets Plaintiffs' Agreed Motion to Extend Deadlines for hearing on _____, 2004, at _____ __.m.

SIGNED this ____ day of _____, 2004.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE