## RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER E. MOORE
LINDA L. MALONEY

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

January 31, 2005

Mr. Michael R. Cowen  *Via Telefax*
Michael R. Cowen, P.C.
Attorneys at Law
520 East Levee Street
Brownsville, Texas 78520

Mr. Calixtro Villarreal, Jr.  *Via Telefax*
Law Office of Calixtro Villarreal, Jr.
Attorneys at Law
205 West Main Street
Rio Grande City, Texas 78582

    Re:    Civil Action No. B-04-003
            Juan Zamorano, et al. v. Ford Motor Company and Guillermo Zamorano Telles

Dear Counsel:

    Please let me know as many dates as you can on which you would be available possibly to take depositions of the investigating firefighter and investigating police officer in this matter in February and/or the first half of March. At this time time I am not certain whether the depositions will take place in Brownsville or if I will try to make arrangements for same in Matomoros.

    Also, at this time I think we need to get a date reserved for your expert's deposition. I have dates reserved for my experts' probable depositions on April 5, 6, and 19 or 20, 2005. Please hold those dates. These dates obviously only work if Plaintiffs provide their expert for a date in March. In light of the discovery cutoff being April 22, 2005, I think this is the only timeline that will work.



EXHIBIT "A"

So that this matter does not fall through the cracks, I will calendar it for ten days; if I haven't heard from you by then I will call to confer and see if we need to file a Motion to get the scheduling issues straightened out.

Thank you for your cooperation regarding this matter.

               Very truly yours,

               RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

               Alison D. Kenhamer

ADK:ecl

## RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
### ATTORNEYS AT LAW
#### A REGISTERED LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| EDUARDO ROBERTO RODRIGUEZ | 1201 EAST VAN BUREN | LAURA J. URBIS |
| NORTON A. COLVIN, JR. | P. O. BOX 2155 | R. PATRICK RODRIGUEZ |
| MITCHELL C. CHANEY | | ROSAMARIA VILLAGÓMEZ-VELA |
| MARJORY C. BATSELL | BROWNSVILLE, TEXAS 78522 | TERI L. DANISH |
| JAIME A. SAENZ° | TELEPHONE (956) 542-7441 | SARAH A. NICOLAS |
| JOSEPH A. (TONY) RODRIGUEZ | TELECOPIER (956) 541-2170 | SHAWN MATHIS ISBELL |
| ALISON D. KENNAMER | | CHRISTOPHER E. MOORE |
| LECIA L. CHANEY | www.rcclaw.com | LINDA L. MALONEY |

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

°BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

# FAX TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTICE**  The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

*****************************************************************

| | | |
|---|---|---|
| DELIVER TO: | MICHAEL COWEN | FAX NO.: (956) 504-3674 |
| | CALIXTRO VILLARREAL | FAX NO.: (956) 487-8670 |
| DATE: | January 31, 2005 | |
| FROM: | Alison D. Kennamer | |
| RE: | Zamorano v. Ford Motor Company, et al. | |

RODRIGUEZ, COLVIN & CHANEY FILE NO. 19,245

*****************************************************************

NUMBER OF PAGES
INCLUDING COVER:       3

IF PROBLEMS OCCUR DURING TRANSMISSION, CALL: (956) 542-7441 ask for Teresa

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

```
* * *  COMMUNICATION RESULT REPORT ( JAN. 31. 2005  3:46PM ) * * *
                                                          TTI  Rodriguez, Colvin & Chaney

TRANSMITTED/STORED  JAN. 31. 2005  3:41PM
FILE MODE           OPTION                    ADDRESS                    RESULT        PAGE
--------------------------------------------------------------------------------------------
0100 MEMORY TX                                9*19245*5043674            OK            3/3
                                              9*19245*19564878670        OK            3/3

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL                   E-2) BUSY
  E-3) NO ANSWER                              E-4) NO FACSIMILE CONNECTION
```

**RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY*

LAURA J. URBIS
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGOMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER E. MOORE
LINDA L. MALONEY

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

## FAX TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTICE** The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

| | | |
|---|---|---|
| **DELIVER TO:** | MICHAEL COWEN | **FAX NO.: (956) 504-3674** |
| | CALIXTRO VILLARREAL | **FAX NO.: (956) 487-8670** |
| **DATE:** | January 31, 2005 | |
| **FROM:** | Alison D. Kennamer | |
| **RE:** | Zamorano v. Ford Motor Company, et al. | |

RODRIGUEZ, COLVIN & CHANEY FILE NO. **19,245**

**NUMBER OF PAGES**
**INCLUDING COVER:** 3

IF PROBLEMS OCCUR DURING TRANSMISSION, CALL: (956) 542-7441 ask for Teresa.

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

## RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J URBIS
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER E. MOORE
LINDA L. MALONEY

*BOARD CERTIFIED IN PERSONAL
 INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
 EMPLOYMENT LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

February 9, 2005

Mr. Michael R. Cowen                                          *Via Telefax*
Michael R. Cowen, P.C.
Attorneys at Law
520 East Levee Street
Brownsville, Texas 78520

Mr. Calixtro Villarreal, Jr.                                  *Via Telefax*
Law Office of Calixtro Villarreal, Jr.
Attorneys at Law
205 West Main Street
Rio Grande City, Texas 78582

    Re:    Civil Action No. B-04-003
           Juan Zamorano, et al. v. Ford Motor Company and Guillermo Zamorano Telles

Dear Counsel:

    I wanted to let you know that I received your settlement demand in this case; I have passed it on to my client. Ford tells me this case is scheduled for evaluation during or shortly after the first week of March; I won't have an answer for you until that takes place.

    In the meantime, I do need to know if you have any conflicts with the following dates, on which I will be working to set fact witness depositions if I can work through the logistical issues: March 10, 11, 14 (p.m.), 15, 16, 17, 18, 21, 24, 28, 30 or 31. If I don't hear that you have any conflicts I will go ahead tomorrow and start working with all of the above as possible dates. Also, I really suggest we try to reserve a date or dates in late March for your expert's or experts' depositions in the event that we aren't able to come to to a settlement.

February 9, 2005
Page 2

---

      I'm particularly concerned about being in federal court where we may not be able to get any additional continuances in a case where your experts' depositions would have to take place by April 1 in order for my experts to be able to give their depositions. Please let me know if you are going to be able to get dates for your experts in the next week, or I will go ahead and file some kind of motion for extension of deadlines and/or alternatively to compel depositions to make sure Ford is protected.

      As always, if you have any questions, please do not hesitate to contact me.

      Very truly yours,

      RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

      Alison D. Kennamer

ADK:ecl

**RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| EDUARDO ROBERTO RODRIGUEZ<br>NORTON A. COLVIN, JR.<br>MITCHELL C. CHANEY<br>MARJORY C. BATSELL<br>JAIME A. SAENZ*<br>JOSEPH A. (TONY) RODRIGUEZ<br>ALISON D. KENNAMER<br>LECIA L. CHANEY<br><br>OF COUNSEL<br>BENJAMIN S. HARDY (1912-1993)<br>ORRIN W. JOHNSON<br>NEIL E. NORQUEST<br>CHRIS A. BRISACK<br>RAYMOND A. COWLEY‡ | 1201 EAST VAN BUREN<br>P. O. BOX 2155<br>BROWNSVILLE, TEXAS 78522<br>TELEPHONE (956) 542-7441<br>TELECOPIER (956) 541-2170<br>www.rcclaw.com | LAURA J. URBIS<br>R. PATRICK RODRIGUEZ<br>ROSAMARIA VILLAGÓMEZ-VELA<br>TERI L. DANISH<br>SARAH A. NICOLAS<br>SHAWN MATHIS ISBELL<br>CHRISTOPHER E. MOORE<br>LINDA L. MALONEY<br><br>*BOARD CERTIFIED IN PERSONAL<br>INJURY TRIAL LAW<br>TEXAS BOARD OF LEGAL SPECIALIZATION<br><br>‡BOARD CERTIFIED IN LABOR AND<br>EMPLOYMENT LAW<br>TEXAS BOARD OF LEGAL SPECIALIZATION |

## FAX TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTICE**  The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

*************************************************************

DELIVER TO:    MICHAEL COWEN            FAX NO.: (956) 504-3674

               CALIXTRO VILLARREAL      FAX NO.:  (956) 487-8670

DATE:          February 9, 2005

FROM:          Alison D. Kennamer

RE:            Zamorano v. Ford Motor Company, et al.

               RODRIGUEZ, COLVIN & CHANEY FILE NO. 19,245

*************************************************************

NUMBER OF PAGES
INCLUDING COVER:            3

IF PROBLEMS OCCUR DURING TRANSMISSION, CALL: (956) 542-7441 ask for Estella

```
* * * COMMUNICATION RESULT REPORT ( FEB. 9. 2005  5:10PM ) * * *
                                                    TTI   Rodriguez, Colvin & Chaney

TRANSMITTED/STORED  FEB. 9. 2005   4:58PM
FILE  MODE          OPTION              ADDRESS                    RESULT           PAGE
-----------------------------------------------------------------------------------------
0399  MEMORY TX                         9*19245*5043674            OK               4/4

-----------------------------------------------------------------------------------------
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL               E-2) BUSY
E-3) NO ANSWER                          E-4) NO FACSIMILE CONNECTION
```

---

## RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1915-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY*

LAURA J. URBIS
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGOMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER E. MOORE
LINDA L. MALONEY

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

### FAX TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTICE** The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

*******************************************************************

| | | |
|---|---|---|
| **DELIVER TO:** | MICHAEL COWEN | FAX NO.: (956) 504-3674 |
| | CALIXTRO VILLARREAL | FAX NO.: (956) 487-8670 |
| **DATE:** | February 9, 2005 | |
| **FROM:** | Alison D. Kennamer | |
| **RE:** | Zamorano v. Ford Motor Company, et al. | |

RODRIGUEZ, COLVIN & CHANEY FILE NO. 19,245

*******************************************************************

**NUMBER OF PAGES INCLUDING COVER:**     3

IF PROBLEMS OCCUR DURING TRANSMISSION, CALL: (956) 542-7441 ask for Estella

---

MCALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504. TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550. TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

```
* * *  COMMUNICATION RESULT REPORT ( FEB. 9. 2005  4:53PM ) * * *
                                                        TTI  Rodriguez, Colvin & Chaney

TRANSMITTED/STORED FEB. 9. 2005  4:09PM
FILE MODE        OPTION            ADDRESS                    RESULT       PAGE
-------------------------------------------------------------------------------
0395 MEMORY TX                     9*19245*15043674           E-3) 3)      0/3
                                   9*19245*19564878670        OK           3/3

REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY

LAURA J. URBIS
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGOMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER C. MOORE
LINDA L. MALONEY

## FAX TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTICE**  The documents accompanying this telecopy transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named below. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopy's information is strictly prohibited.

****************************************************************

| | | |
|---|---|---|
| **DELIVER TO:** | MICHAEL COWEN | **FAX NO.: (956) 504-3674** |
| | CALIXTRO VILLARREAL | **FAX NO.: (956) 487-8670** |
| **DATE:** | February 9, 2005 | |
| **FROM:** | Alison D. Kennamer | |
| **RE:** | Zamorano v. Ford Motor Company, et al. | |

RODRIGUEZ, COLVIN & CHANEY FILE NO. 19,245

****************************************************************

**NUMBER OF PAGES INCLUDING COVER:**  3

IF PROBLEMS OCCUR DURING TRANSMISSION, CALL: (956) 542-7441 ask for Estella

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0212 TELECOPIER (956) 423-2038