THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and As Representative of the Estate of HORACIO ZAMORANO TELLES, Deceased <br><br> VS. <br><br> FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § § § § § § § § § § CIVIL ACTION NO. B-04-003 |

## ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION TO COMPEL TIMELY DEPOSITIONS OF PLAINTIFFS' EXPERTS AND/OR TO STRIKE PLANTIFFS ' EXPERTS AND/OR FOR EXTENSION OF DEADLINES

CAME ON BEFORE THE COURT on the _____ date of _____, 2005, Ford Motor Company's Motion to Compel Timely Depositions of Plaintiffs' Experts, and/or to Strike Plaintiffs' Experts, and/or for Extension of Deadlines, and the Court, having reviewed the Motion and other briefings of the parties, and having heard argument, is of the opinion that the Motion should be Granted as follows:

IT IS THEREFORE ORDERED that Plaintiffs shall provide dates for their experts' depositions by _____, 2005, for such depositions to take place on or before _____, 2005, or otherwise Plaintiffs' experts shall be stricken without further order of this Court; and thereafter, Ford shall provide deposition dates for its experts by _____, 2005, for such depositions to take place on or before _____, 2005; the final pre-trial order in this case is now due on _____, 2005, and the final pre-trial conference will be held on _____, 2005, with jury selection to be held on _____ _____, 2005.

*FORD/ Zamorano [19751]*
*Motion to Compel Plaintiffs' Experts' Depositions, and/or to Strike and/or to Extend, with Order       Page 7*

SIGNED AND ENTERED IN BROWNSVILLE, TEXAS ON THIS _____ DATE OF _____, 2005.

_____
Magistrate Felix Recio