IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and as representative of the ESTATE OF HORACIO ZAMORANO TELLES, Deceased § § § § § | |
| VS. § | CIVIL ACTION NO. B-04-CV-3 |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES § § § § | |

## PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs ask the Court to extend all deadlines by 90 days.

Under the scheduling order currently in place, the deadline to complete all discovery is April 22, 2005. Further, under a Rule 29 agreement into which the parties entered on December 2, 2004, the Plaintiffs' deadline for expert disclosure was March 1, 2005, and the Defendant's deadline for expert disclosure is April 1, 2005.

Plaintiffs were unable to provide expert reports by the March 1, 2005 deadline. The reason that they were not able to provide reports by that deadline is that the fire cause-and-origin experts were not able to conduct their joint inspection and fluid removal until January 12, 2005, and it then took some time to examine the fluids taken at the inspection. Because of the findings of the joint inspection, Plaintiffs have had to redirect their defect theories, and have been unable to get a reports in time to meet the March 1, 2005 deadline.

Further, due to the schedules of counsel, the parties have yet to conduct the depositions of the Mexican officials who investigated the fire and death.

Therefore, Plaintiffs ask the Court to extend all deadlines by 90 days.

Respectfully submitted,

COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
MICHAEL R. COWEN
State Bar No. 00795306
Federal I.D. No. 19967

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, certify that I sent a copy of the foregoing document to Defendants' counsel on the 9th day of March, 2005.

<u>Via Facsimile & Regular Mail</u>
Ms. Alison Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78502

_____
MICHAEL R. COWEN

## CERTIFICATE OF CONFERENCE

I, Michael R. Cowen, hereby certify that I communicated with Alison Kennamer via e-mail regarding this motion. In an e-mail dated March 5, 2005, Ms. Kennamer stated, "Ford is not opposed to a Motion to Extend Deadlines so long as the deadlines are extended long enough for Ford to reschedule dates it is currently holding for its experts' depositions." Therefore, I believe that Ford is unopposed to this motion. Further, I spoke to Alison Kennamer by telephone on May 8, 2005, and she stated that Ford is unopposed so long as the dates are reset at least 60-90 days so that she can get new deposition dates from her experts.

_____
MICHAEL R. COWEN