IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and as representative of the ESTATE OF HORACIO ZAMORANO TELLES, Deceased | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-CV-3 |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § | |

### ORDER GRANTING SECOND MOTION TO EXTEND DEADLINES

The Court, having considered Plaintiffs' Agreed Motion to Extend Deadlines, GRANTS the motion.

IT IS, THEREFORE, ORDERED that the following schedule will control the disposition of this case. All prior discovery deadlines are superceded by this Order.

1. _____ **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. _____ **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3. _____ **AMENDMENT OF PLEADINGS** must be accomplished by this date.

4. _____ **PLAINTIFFS' EXPERT DISCLOSURES** shall be made by this date.

5. _____ **DEFENDANT'S EXPERT DISCLOSURE** shall be made by this date.

6. _____ **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

7. _____ **MOTION DEADLINE**: All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

8. _____ **MOTIONS HEARING**: A hearing to address any pending motions, including dispositive motions, will be held on this date at 2:00 p.m. in the 2nd Floor, Courtroom No. 1, U.S. Federal Building and Courthouse, 600 E. Harrison, Brownsville, Texas. If there are no pending motions or other matters that should be addressed prior to the Final Pretrial Conference, the parties may request by an agreed motion that this setting be canceled.

9. _____ **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

10. _____ **A FINAL PRETRIAL CONFERENCE** is set on this date at 2:00 p.m. before Judge Felix Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building and Courthouse, 600 E. Harrison, Brownsville, Texas.

11. _____ **JURY SELECTION** is set on this date at 9:00 a.m. before Judge Recio, 2nd Floor, Courtroom No. 1, U.S. Federal Building and Courthouse, 600 E. Harrison, Brownsville, Texas.

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 6 will be stricken from the record. In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on the \_\_\_\_day of_____, 2005.

FELIX RECIO
UNITED STATE MAGISTRATE JUDGE