United States District Court
Southern District of Texas
FILED

JUN 0 6 2005

Michael N. Milby
Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and As Representative of the Estate of HORACIO ZAMORANO TELLES, Deceased | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-003 |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § § | |

## UNOPPOSED AGREED MOTION TO DISMISS ALL CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and As Representative of the Estate of HORACIO ZAMORANO TELLES and FORD MOTOR COMPANY, Defendant, and file this Unopposed Agreed Motion to Dismiss All Claims, as follows:

I.

The parties note for the Court that all matters in controversy between the parties have been resolved and ask that the Court enter an Order of Dismissal of all claims herein. The remaining named Defendant, Guillermo Zamorano Telles, was never served, has not appeared, and therefore the above-referenced parties are the only parties to the case.

FORD/ Zarmorano [19571]
Motion and Order to Dismiss

WHEREFORE, all parties request this Court sign an Order dismissing all claims by any party herein with prejudice, with costs of court to be taxed against the party incurring same.

Respectfully submitted,

Michael R. Cowen
State Bar No 00795306
Fed I.D. No. 19967
COWEN & BODDEN
520 East Levee Street
Brownsville, Texas 78520
(956) 541-4981
Fax  (956)504-3674

ATTORNEYS FOR
PLAINTIFFS

_____
Alison D. Kenhamer
Attorney-in-Charge
State Bar No. 11280400
Fed I.D. [Southern District] No. 12023
Eduardo Roberto Rodriguez
State Bar No. 17144000
Southern District No. 1944
RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following was served upon all counsel of record, to-wit:

>Michael R. Cowen
>Cowen & Bodden, P.C.
>520 East Levee Street
>Brownsville, Texas 78520
>Attorneys for Plaintiffs

>Calixtro Villarreal, Jr.
>Law Office of Calixtro Villarreal, Jr.
>205 West Main Street
>Rio Grande City, Texas 78582
>Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the _____ day of _____, 2005.

Alison D. Kennamer

FORD/ Zarmorano [19571]
Motion and Order to Dismiss

page 4