THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and As Representative of the Estate of HORACIO ZAMORANO TELLES, Deceased | § § § § § § | |
| VS. | § | CIVIL ACTION NO. B-04-003 |
| FORD MOTOR COMPANY and GUILLERMO ZAMORANO TELLES | § § § | |

## ORDER GRANTING
## UNOPPOSED AGREED MOTION TO DISMISS ALL CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

CAME ON BEFORE THE COURT JUAN ZAMORANO and MARIA ZAMORANO TELLES, Individually and As Representative of the Estate of HORACIO ZAMORANO TELLES and FORD MOTOR COMPANY, Defendant, who are all the parties in this case, by and through their attorneys of record, having informed the Court that neither party wishes to pursue its claims any longer, and these parties pray that the claims be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that all claims asserted in this cause be dismissed with prejudice, all costs taxed against the party incurring same.

SIGNED AT BROWNSVILLE, TEXAS this _____ day of _____, 2005.

_____
United States Magistrate Judge

APPROVED AS TO CONTENT AND FORM:

_____
COUNSEL FOR PLAINTIFFS

_____
COUNSEL FOR DEFENDANT